# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

ROBBIE A. SHOEBOTTOM,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security
Administration,

    Defendant.

Case No. CIV-06-500-RAW

## ORDER REMANDING CASE FOR FURTHER PROCEEDINGS

On January 22, 2008, Magistrate Judge Steven P. Shreder entered a Report and Recommendation, recommending that the above-styled case be reversed and remanded for further proceedings. Defendant has not filed an objection.

IT IS THEREFORE ORDERED that the decision of the Administrative Law Judge is hereby **REVERSED** and this case is hereby **REMANDED** pursuant to the fourth sentence of 42 U.S.C. §405(g) for further administrative proceedings.

IT IS SO ORDERED this 4th day of March, 2008.

**Dated this 4**$^{th}$ **Day of March 2008.**

J4h4i0

Ronald A. White
United States District Judge
Eastern District of Oklahoma